UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAYLE MCKENNON, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ARTEES ISLAND DESIGNS, LLC Defendant. | ) ) ) ) ) |

**05 11416 RGS**

Civil Action No.:

MAGISTRATE JUDGE Sowlin

RECEIPT # 65409
AMOUNT $ 250
SUMMONS ISSUED Yes
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 7 6 05

## COMPLAINT

This is a civil action for copyright infringement arising under 17 U.S.C. §101 et. seq.,

conversion and unfair and deceptive trade practices under M.G.L. c. 93A, §9.

### THE PARTIES

1.    Plaintiff Gayle McKennon is an individual who resides at 64 Cedar Street,

Hyannis, Massachusetts.

2.    On information and belief, defendant arTees Island Designs, LLC ("arTees") is a

Massachusetts limited liability company with a principal place of business at 58A Plant Road,

Hyannis, Massachusetts.

### JURSIDICTION AND VENUE

3.    This is a civil action for copyright infringement arising under 17 U.S.C. §101 et

seq., conversion and unfair and deceptive trade practices under M.G.L. c. 93A, §9.

4.    This Court has subject matter jurisdiction of the copyright infringement claim

pursuant to 28 U.S.C. §1331 and §1338.  This Court has jurisdiction over the conversion and the

unfair and deceptive trade practices claims pursuant to 28 U.S.C. §1367.

BOST1-854357-2

5.      This Court has personal jurisdiction over arTees because it is a Massachusetts limited liability company with a principal place of business in Massachusetts.

6.      Venue is proper in this judicial district as both parties reside in this district and all of the acts and transactions underlying the plaintiff's claims arose within this district.

## FACTS

7.      Ms. McKennon is an artist who has been painting and drawing original works of art for over twenty (20) years.

8.      Ms. McKennon has registered two of her designs, copyrights for some of her "Rhododendron" and "Clownfish," (collectively "the Artwork") with the United States Copyright Office. Copies of the Certificate of Registration of each design are attached hereto as Exhibits 1 and 2.

9.      On information and belief, arTees is in the business of custom screen printing and embroidery of designs onto garments.

10.     In or about July 2002, Ms. McKennon granted arTees a license to apply her "Rhododendron" design to garments and to sell and offer for sale to the public garments incorporating her design.

11.     In or about December 2003, Ms. McKennon granted arTees a license to apply her "Clownfish" design to garments and to sell and offer for sale to the public garments incorporating her design.

12.     On or about July 23, 2002, Ms. McKennon provided arTees with the original watercolor of "Rhododendron" for arTees' use in creating the garments.

13.     On or about December 15, 2003, Ms. McKennon provided arTees with her original watercolor of "Clownfish" for arTees use in creating the garments.

2

14.    At all times, Ms. McKennon reserved her rights to retake physical custody of the Artwork upon reasonable notice to arTees. arTees repeatedly reassured Ms. McKennon that she could take physical custody of the Artwork when she obtained an appropriate storage facility.

15.    On or about June 21, 2004, Ms. McKennon and a friend went to arTees' principal place of business. During this visit, Ms. McKennon asserted her rights to regain custody of the Artwork.

16.    arTees refused Ms. McKennon's request to take custody of the Artwork and physically escorted Ms. McKennon's companion from the premises.

17.    Despite repeated requests by Ms. McKennon, arTees has refused to return the Artwork to her.

18.    By letter dated December 23, 2004, Ms. McKennon terminated arTees' license to make any garments that incorporated Ms. McKennon's Artwork, including derivative works, effective upon receipt of the letter. She also informed arTees that as of March 22, 2005, arTees was forbidden to sell any garments incorporating Ms. McKennon's Artwork. This timeframe provided reasonable notice to arTees in which to deplete its inventory of garments incorporating Ms. McKennon's Artwork.

19.    arTees has continued to use the Artwork by offering for sale garments that incorporate Ms. McKennon's Artwork. arTees also has continued to post the Artwork on its website for promotional purposes.

## Count I
### (Copyright Infringement)

20.    Ms. McKennon restates and realleges the allegations set forth in paragraphs 1 through 19 of the Complaint.

21.    Ms. McKennon is the author of the copyrighted works of art "Rhododendron" and "Clownfish."

3

22.    Ms. McKennon granted arTees a license to apply her "Rhododendron" and "Clownfish" designs to garments that arTees would sell and offer for sale to the public.

23.    arTees continues to profit from the Artwork by maintaining the Artwork on its website and continuing to offer for sale garments that incorporate Ms. McKennon's Artwork.

24.    arTees' actions constitute willful and intentional infringement of Ms. McKennon's copyrights in her Artwork.

25.    As a result of arTees' willful copyright infringement, Ms. McKennon is entitled to statutory damages pursuant to 17 U.S.C. §504(c). Ms. McKennon is further entitled to reasonable attorneys' fees and costs pursuant to 17 U.S.C. §505.

26.    The conduct of arTees has caused and continues to cause Ms. McKennon irreparable injury that cannot fully be compensated or measured.

27.    Pursuant to 17 U.S.C. §502, Ms. McKennon is entitled to injunctive relief prohibiting arTees from further infringing her copyrights.

28.    Pursuant to 17 U.S.C. §503, on such terms as it may deem reasonable, the Court may order the impounding of all copies in violation of Ms. McKennon's rights and other articles by means of which copies of her Artwork may be reproduced, including the original Artwork in arTees' possession.

## COUNT II
### (Conversion)

29.    Ms. McKennon restates and realleges the allegations set forth in paragraphs 1 through 28 of the Complaint.

30.    arTees has wrongfully and without authorization retained possession, custody and control over the original renderings of the Artwork.

31.    Ms. McKennon is the rightful owner of the original renderings of the Artwork.

4

32.    Ms. McKennon's right to possession of her property is immediate, absolute and unconditional.

33.    arTees' wrongful possession of the original renderings of the Artwork has caused Ms. McKennon to suffer damages.

## COUNT III
### (M.G.L. c. 93A Violation)

34.    Ms. McKennon restates and realleges the allegations set forth in paragraphs 1 through 33 of the Complaint.

35.    At all relevant times, arTees was engaged in trade or commerce as those terms are defined by M.G.L. c. 93A.

36.    By virtue of its conduct, arTees has engaged in unfair and/or deceptive acts and/or practices in the conduct of trade or commerce in violation of M.G.L. c. 93A, §2, including, but not limited to, wrongfully maintaining possession of the original renderings of the Artwork, intentionally deceiving Ms. McKennon about the terms of their agreement to wrongfully obtain possession of the Artwork, refusing to reduce to writing the terms of their agreement and unilaterally dishonoring the terms of their agreement by wrongfully maintaining possession of the Artwork.

37.    The place of Ms. McKennon's injury is in Massachusetts where the parties had all of their communications and business transactions.

38.    arTees' unfair and/or deceptive acts and/or practices were willful and knowing.

39.    Ms. McKennon mailed a written demand for relief pursuant as required by M.G.L. c. 93A, §9 to arTees on January 12, 2005.

40.    arTees' willful and knowing violation of M.G.L. c. 93A has caused Ms. McKennon damages.

5

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Gayle McKennon requests that this Court:

a.  Enter judgment in favor of Ms. McKennon and against arTees on each and every Count;

b.  Enter preliminary and permanent injunctions prohibiting arTees from making or selling any garments that incorporate Ms. McKennon's Artwork;

c.  Order the impoundment of the original Artwork, all copies made therefrom and any garments incorporating Ms. McKennon's Artwork;

d.  Award damages to Ms. McKennon in an amount to be determined at trial;

e.  Award Ms. McKennon treble damages pursuant to M.G.L. c. 93A;

f.  Award Ms. McKennon her costs and attorneys' fees; and

g.  Grant such other relief as the Court deems fair and just.

## JURY DEMAND

Ms. McKennon demands a jury trial on all triable claims.

Respectfully submitted,
**GAYLE MCKENNON**
By her attorneys,

Kathleen M. Porter (BBO# 632606)
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900

Dated: July 5, 2005

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Gayle McKennon

## DEFENDANTS

Artees Island Designs, LLC

**(b)** County of Residence of First Listed Plaintiff  Barnstable
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Barnstable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Nancy M. Cremins, Esq. (617)557-5900
Robinson & Cole LLP
One Boston Place, Boston, MA 02108

Attorneys (If Known)

David Skinner, Esq.
257 Blue Hills Parkway
Milton, MA 02186

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ Judgment Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIW C/DIW W (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to
District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Civil action for copyright infringement arising under 17 U.S.C. 101, conversion and
unfair and deceptive trade practices under M.G.L. c. 93A, sec. 9

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.CP. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY

(See
instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUN_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-299-470**

EFFECTIVE

4    4    05
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

**Rhododendron**

NATURE OF THIS WORK ▼ See instructions

**Painting**

Previous or Alternative Titles ▼

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

**Gayle McKennon**

DATES OF BIRTH AND DEATH
Year Born ▼  **1951**   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  **USA**
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture       ☐ Map       ☐ Technical drawing
☒ 2 Dimensional artwork         ☐ Photograph ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

**n/a**

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture       ☐ Map       ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
**2002**
Year  In all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **July**   Day **23**   Year **2002**
**U.S.A.**
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Gayle McKennon**
**P O Box 1991**
**Hyannis, MA 02601**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**APR 04 2005**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**APR 04 2005**

FUNDS RECEIVED

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY ✓ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is Y es why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Y es give Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

  n/a

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

  n/a

**6**
a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                    Account Number ▼

  Robinson & Cole LLP         DA84395

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

  Alaine C  Doolan
  Robinson & Cole LLP
  280 Trumbull Street
  Hartford, CT 06103
Area code and daytime telephone number  ( 860 ) 275-8346      Fax number   ( 860 ) 275-8299

Email   adoolan@rc com

**b**

**CERTIFICATION*** I the undersigned hereby certify that I am the
check only one ▶
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ authorized agent of   Gayle McKennon
      Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

  Alaine C  Doolan                              Date  5/30/05

  Handwritten signature (X) ▼
  X

| Certificate will be mailed in window envelope to this address | Name ▼  Alaine C  Doolan  Robinson & Cole LLP | |
|---|---|---|
| | Number /Street/Apt ▼  280 Trumbull Street | |
| | City/State/ZIP ▼  Hartford, CT 06103 | |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev J  e 2002  ⊕ Printed on recycled paper                    U S Government Printing Office 2003-496-605/60 029

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-299-471**

EFFECTIVE DATE OF REGISTRATION

4    4    05
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

**Clownfish**

NATURE OF THIS WORK ▼ See instructions

**Painting**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼

**Gayle McKennon**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  **U S A**
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture      ☐ Map            ☐ Technical drawing
☒ 2 Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**  Name of Author ▼

**n/a**

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed

**2003**
Year  This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **December**  Day **15**  Year **2003**
**U.S.A.**  Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Gayle McKennon**
**P O Box 1991**
**Hyannis, MA  02601**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**APR 04 2005**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**APR 04 2005**

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  DO NOT WRITE HERE
See detailed instructions.  Sign the form at line 8.
Page 1 of ____ pages

EXAMINED BY CK

CHECKED BY CK

☐ CORRESPONDENCE
    Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

n/a

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

n/a

**6**

a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

Robinson & Cole LLP                          DA84395

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Alaine C Doolan
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Area code and daytime telephone number   (860) 275-8346          Fax number   (860) 275-8299

Email

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Gayle McKennon
                                 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Alaine C Doolan                                                    Date 3/30/05

Handwritten signature (X) ▼

x

**8**

Certificate
will be
mailed in
window
envelope
to this
address

**Name** ▼
Alaine C Doolan
Robinson & Cole LLP

**Number/Street/Apt** ▼
280 Trumbull Street

**City/State/ZIP** ▼
Hartford, CT 06103

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to
change For current
fees, check the
Copyright Office
website at
www.copyright.gov
write the Copyright
Office or call
(202) 707-3000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper          U S Government Printing Office 2003-496-605/80 029



# GAYLE McKENNON

## FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

7/23/02

### INVOICE

TO:     arTees Island Designs
        58A Plant Rd. Hyannis
        MA 02601

FOR:    "Rhododendron", in watercolor; as per agreement, for
        use as silk-screened images an garments and other re-
        lated uses.



CK NO. _1066_
DATE _7/23/02_

TOTAL DUE: $300.

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

scripta @ netzero.net

12/15/03

## INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art Services Rendered as per oral contract:
        "Clownfish", in full watercolor.

PAID IN FULL:   $300.

THANKS!

# ROBINSON & COLE LLP

KATHLEEN M. PORTER

One Boston Place
Boston, MA 02108-4404
Main (617) 557-5900
Fax (617) 557-5999
kporter@rc.com
Direct (617) 557-5989

Also admitted in Connecticut

December 23, 2004

*Via Federal Express*

David Skinner, Esq.
73 Cortland Circle
Milton, MA 02186

Re:    **Notice of Termination of License for Use of Disputed Artwork**

Dear Attorney Skinner:

In or about February, 2001, Gayle McKennon and ArTees Island Designs, LLC
("ArTees") entered into an oral agreement under which Ms. McKennon would
provide ArTees with pieces of original artwork (the "Artwork"). Pursuant to this
agreement, ArTees was permitted to manufacture and sell garments incorporating Ms.
McKennon's Artwork. Pursuant to this agreement, Ms. McKennon created several
works of original art and delivered those to ArTees for this purpose. Ms. McKennon
reserved the right to retake possession of her Artwork upon reasonable notice when
she had an appropriate storage facility for the Artwork.

Under this agreement, Ms. McKennon retained all copyrights in her Artwork. The
scope of this agreement did not permit ArTees to sublicense the Artwork. This
agreement was not a sale of the Artwork.

As you know, transfers of copyright must be made in writing. 17 U.S.C. § 204(a).
Even an alleged sale or other transfer of a material object does not itself convey any
rights in the copyrighted work without a writing. Saxon v. Blann, 968 F.2d 676, 681
(8th Cir. 1992). In this case, there is no writing under which Ms. McKennon
transferred or assigned any copyright to ArTees. The oral agreement under which
Ms. McKennon had produced the Artwork to ArTees is an implied nonexclusive
sublicense, which does not require a writing. 17 U.S.C. §101.

An implied license is construed as an implied contract. Effects Assocs. v. Cohen, 908
F.2d 555, 559 n. 7 (9th Cir. 1990). ArTees has breached the terms of this implied
contract by refusing to return Ms. McKennon's Artwork to her possession. As a
result of ArTees material breach of the licensing agreement, Ms. McKennon has the

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

*www.rc.com*

BOST1-845188-3

# ROBINSON & COLE LLP

David Skinner, Esq.
December 23, 2004
Page 2


right to rescind the license she granted to ArTees. See Rano v. Sipa Press, Inc., 987
F.2d 580 (9th Cir. 1993). Further, any action taken by ArTees beyond the scope of its
implied license is an infringement of Ms. McKennon's copyright in the Artwork.
Oddo v. Ries, 743 F.2d 630, 634 (9th Cir. 1984); see also, MacLean Associates, Inc.
v. Wm. M. Mercer-Meidinger-Hansen, Inc., 952 F.2d 769, 779 (3rd Cir. 1991) ("Since
a nonexclusive license does not transfer ownership of the copyright from the licensor
to the licensee, the licensor can still bring suit for copyright infringement if the
licensee's use goes beyond the scope of the nonexclusive license"). This includes the
unauthorized sublicense of the Artwork and any unauthorized derivative work.

While Ms. McKennon has made efforts to confirm the oral agreement throughout her
relationship with ArTees, ArTees has refused, and instead has consistently taken
advantage of Ms. McKennon. ArTees failed to reduce the oral agreement to writing
as promised, ArTees failed to abide by the terms of the implied license agreement,
and now ArTees refuses to make any real effort to verify the location and safekeeping
of each piece of Artwork, as requested, or to even attempt a non-litigious solution to
this matter. As a result, Ms. McKennon has no alternative but to terminate ArTees
implied license to use her Artwork.

Notice is hereby given to your clients that Ms. McKennon terminates ArTees rights to
make and sell any garments that incorporate Ms. McKennon's Artwork, including
derivative works. Effective upon receipt of this letter, ArTees must immediately
cease all production of any Garment that incorporates Ms. McKennon's Artwork. In
addition, as of March 22, 2005, ArTees must not sell any Garments incorporating Ms.
McKennon's Artwork. This timeframe provides reasonable notice to ArTees 90 days
in which to deplete its current inventory of Garments incorporating Ms. McKennon's
Artwork. In the event that ArTees has granted an unauthorized sublicense to create or
sell items bearing Ms. McKennon's Artwork, ArTees must immediately halt the
unauthorized use of Ms. McKennon's Artwork.

Any further use of the Artwork, or manufacture or sale of items, including garments,
incorporating Ms. McKennon's Artwork, beyond the scope of the above notice
infringes Ms. McKennon's copyrights in her Artwork and will subject ArTees to
penalties under 17 U.S.C. §§501-505.

ArTees must not destroy any documents relevant to this matter as it appears litigation
is likely. Please advise your clients to put a litigation hold on all documents,
regardless of the retention policies of ArTees. In addition, in the event that any of the
Artwork is missing or damaged (whether previously or in the future), ArTees will be

# ROBINSON & COLE LLP

David Skinner, Esq.
December 23, 2004
Page 3

held responsible, given its refusal to return the Artwork as Ms. McKennon's request. Accordingly, please advise your clients to properly safeguard and insure the Artwork.

Very truly yours,

Kathleen M. Porter

Kathleen M. Porter



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

*www.rc.com*



