UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAYLE MCKENNON<br>       Plaintiff,<br>v.<br>ARTEES ISLAND DESIGNS, LLC<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>)<br>) 05 11416 RGS<br>)<br>) |

### GAYLE MCKENNON'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a), Gayle McKennon moves for a preliminary injunction enjoining arTees Island Designs, LLC ("arTees") from applying her "Rhododendron" and "Clownfish" designs to garments, and from selling or offering to sell garments incorporating those designs in violation of her copyrights. Further, pursuant to Fed. R. Civ. P. 65(f), Ms. McKennon requests impoundment of the original "Rhododendron" and "Clownfish" artwork as well as any garments incorporating those designs. In support of her motion, Ms. McKennon submits the accompanying Memorandum of Law and Affidavit with attached exhibits.

WHEREFORE, Ms. McKennon respectfully requests that her Motion for Preliminary Injunction be allowed and that the Court:

1. Preliminarily enjoin arTees from copying Ms. McKennon's copyrighted designs and from selling and offering for sale clothing or any items incorporating those designs; and

2. Impound the original "Rhododendron" and "Clownfish" watercolors and any garments or other items incorporating those designs.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Ms. McKennon requests an oral argument of this motion.

Respectfully submitted,

**GAYLE MCKENNON**

By her attorneys,

Kathleen M. Porter (BBO# 632606)
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA 02108-4404
(617) 557-5900

## CERTIFICATE OF SERVICE

On July 5, 2005, I caused to be served by First Class Mail a copy of the foregoing on counsel to Defendant, arTees Island Designs, LLC.:

David W. Skinner, Esq.
257 Blue Hills Parkway
Milton, MA 02186

Nancy M. Cremins