UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GAYLE MCKENNON,** )<br>    **Plaintiff,** )<br>)<br>v. )   Civil Action No.: 05-CV-11416<br>)<br>**ARTEES ISLAND DESIGNS, LLC,** )<br>    **Defendant** )<br>) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, **ARTEES ISLAND DESIGNS, LLC**, in the above captioned civil matter.

July 8, 2005

              Attorney for ARTEES ISLAND DESIGNS, LLC.,

              _____
              David W. Skinner, BBO # 654993
              257 Blue Hills Parkway
              Milton, MA 02186-1542
              (617) 322-1607

CERTIFICATE OF SERVICE - I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff, Gayle McKennon, by mail on July 8, 2005:

Nancy M. Cremins, Esq.
Robinson & Cole, LLP
One Boston Place, 25th Floor
Boston, MA 02108-4404

              _____
              David W. Skinner