UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
GAYLE MCKENNON,             )
                Plaintiff,  )
                            )
v.                          )        Civil Action No.: 05-CV-11416
                            )
ARTEES ISLAND DESIGNS, LLC, )
                Defendant   )
                            )
_____ )
```

DEFENDANT'S ANSWER TO THE COMPLAINT, COUNTERCLAIMS, AND
<u>REQUEST FOR TRIAL BY JURY</u>

<u>AFFIRMATIVE DEFENSES</u>

First Defense

The Complaint fails to state a claim upon which relief can be granted.

Second Defense

The Defendant responds to the numbered paragraphs of the Complaint as follows:

1.    The Defendant is without sufficient information to admit or deny the allegations set
      forth in Paragraph 1 of the Complaint, and therefore denies the allegations set forth in
      Paragraph 1 of the Complaint.

2.    The Defendant admits the allegations set forth in Paragraph 2 of the Complaint.

3.    The Defendant admits that the Plaintiff alleges copyright infringement, conversion
      and unfair and deceptive trade practices under M.G.L. c. 93A, § 9, denies infringing,
      converting, and violating M.G.L. c. 93A, § 9, and denies each and every other
      allegation, if any, set forth in Paragraph 3 of the Complaint.

4.    The Defendant admits the allegations set forth in Paragraph 4 of the Complaint.

5.     The Defendant admits the allegations set forth in Paragraph 5 of the Complaint.

6.     The Defendant admits the allegations set forth in Paragraph 6 of the Complaint.

7.     The Defendant is without sufficient information to admit or deny the allegations set forth in Paragraph 7 of the Complaint, and therefore denies the allegations set forth in Paragraph 7 of the Complaint.

8.     The Defendant admits that Ms. McKennon has registered "Clownfish" and "Rhododendron" designs with the United States Copyright Office, and that copies of such registrations were attached to the Complaint, but denies that the designs are solely Ms. McKennon's, and denies each and every other allegation, if any, set forth in Paragraph 8 of the Complaint.

9.     The Defendant admits the allegations set forth in Paragraph 9 of the Complaint.

10.     The Defendant admits the allegations set forth in Paragraph 10 of the Complaint.

11.     The Defendant admits the allegations set forth in Paragraph 11 of the Complaint.

12.     The Defendant admits that Ms. McKennon provided arTees with the original watercolor of "Rhododendron" on or about July 23, 2002, denies the remainder of Paragraph 12, and states that Defendant purchased the original Rhododendron painting from Ms. McKennon on July 23, 2002.

13.     The Defendant admits that Ms. McKennon provided arTees with the original watercolor of "Clownfish" on or about December 15, 2003, denies the remainder of Paragraph 13, and states arTees purchased the original Clownfish painting from Ms. McKennon on July 23, 2002.

14.     The Defendant denies each and every allegation set forth in Paragraph 14.

15. The Defendant admits that on June 21, 2005, Ms. McKennon and one "Paul" arrived at Defendant's place of business, but denies each and every other allegation set forth in Paragraph 15.

16. The Defendant admits that on June 21, 2004 arTees refused Ms. McKennon's request to take the original artwork arTees had purchased from her, and denies each and every other allegation in set forth in Paragraph 16.

17. The Defendant admits the allegations set forth in Paragraph 17 of the Complaint.

18. The Defendant admits receiving Plaintiff's letter dated December 23, 2004, denies that the letter was an effective termination of the licenses granted to arTees by Ms. McKennon, and denies each and every other allegation set forth in Paragraph 18.

19. The Defendant denies that it has continued offering garments incorporating the Rhododendron and Clownfish artwork for sale, admits that images derived from Ms. McKennon's Rhododendron and Clownfish paintings were on Defendant's old web site on June 30, 2005, and denies each and every other allegation, if any, set forth in Paragraph 19.

20. The Defendant repeats, realleges, and incorporates its responses to Paragraphs 1 to 19 of the Complaint.

21. The Defendant denies the allegations set forth in Paragraph 21 of the Complaint.

22. The Defendant admits the allegations set forth in Paragraph 22 of the Complaint.

23. The Defendant denies the allegations set forth in Paragraph 23 of the Complaint.

24. The Defendant denies the allegations set forth in Paragraph 24 of the Complaint.

25.   Paragraph 25 of the Complaint asserts conclusions of law which require no response from the Defendant; however, to the extent that Paragraph 25 alleges any facts, the Defendant denies the allegations set forth in Paragraph 25 of the Complaint.

26.   The Defendant denies the allegations set forth in Paragraph 26 of the Complaint.

27.   Paragraph 27 of the Complaint asserts conclusions of law which require no response from the Defendant; however, to the extent that Paragraph 27 alleges any facts, the Defendant denies the allegations set forth in Paragraph 27 of the Complaint.

28.   Paragraph 28 of the Complaint asserts conclusions of law which require no response from the Defendant; however, to the extent that Paragraph 28 alleges any facts, the Defendant denies the allegations set forth in Paragraph 28 of the Complaint.

29.   The Defendant repeats, realleges, and incorporates its responses to Paragraphs 1 to 28 of the Complaint.

30.   The Defendant denies the allegations set forth in Paragraph 30 of the Complaint.

31.   The Defendant denies the allegations set forth in Paragraph 31 of the Complaint.

32.   The Defendant denies the allegations set forth in Paragraph 32 of the Complaint.

33.   The Defendant denies the allegations set forth in Paragraph 33 of the Complaint.

34.   The Defendant repeats, realleges, and incorporates its responses to Paragraphs 1 to 33 of the Complaint.

35.   The Defendant admits the allegations set forth in Paragraph 35 of the Complaint.

36.   The Defendant denies the allegations set forth in Paragraph 36 of the Complaint.

37.   The Defendant admits that all communications and business transactions between the parties occurred in Massachusetts, but denies each and every other allegation, if any, set forth in Paragraph 37 of the Complaint.

38.  The Defendant denies the allegations set forth in Paragraph 38 of the Complaint.

39.  The Defendant admits to receiving a letter titled "DEMAND PURSUANT TO M.G.L. C. 93a, § 9" dated January 12, 2005, but is without sufficient information to admit or deny the when it was mailed, and therefore denies that allegation as well as each and every other allegation, if any, set forth in Paragraph 39 of the Complaint.

40.  The Defendant denies the allegations set forth in Paragraph 40 of the Complaint.

## Third Defense

The Plaintiff's claims are barred in whole or in part by the outright sale of the original artwork by Ms. McKennon to arTees.

## Fourth Defense

The Plaintiff's claims are barred in whole or in part by Ms. McKennon selling arTees a perpetual, paid-up, royalty-free license to use the Rhododendron and Clownfish designs in its business.

## Fifth Defense

The Plaintiff's claims are barred in whole or in part because arTees is immune from this copyright infringement action by virtue of an implied non-exclusive license from Ms. McKennon to use the Rhododendron and Clownfish designs in arTees' business.

## Fifth Defense

The Plaintiff's claims are barred in whole or in part because the original artwork are joint works, arTees is a co-author of these joint works, and, therefore, arTees is a co-owner of the copyrights to these joint works.

## Seventh Defense

The Plaintiff's claims are barred in whole or in part because artwork which had been displayed on the old arTees web site are derivatives of the artwork purchased and licensed from the Plaintiff, those derivatives are joint works co-authored by Ms. McKennon and agents of arTees, and, therefore, Ms. McKennon and arTees are co-owners of the copyrights in those derivative joint works which were displayed on its old web site.

## Eighth Defense

The Plaintiff's claims are barred in whole or in part by the doctrine of laches.

## Ninth Defense

The Plaintiff's claims are barred in whole or in part by the doctrine of "unclean hands."

## Tenth Defense

The Plaintiff's claims are barred in whole or in part because the Plaintiff is not entitled to relief under M.G.L. c. 93A, § 9.

## Eleventh Defense

The Plaintiff's claims are barred in whole or in part by estoppel.

## Twelfth Defense

The Plaintiff's claims are barred in whole or in part because the copyright registration of the Rhododendron painting is defective and/or invalid.

## Thirteenth Defense

The Plaintiff's claims are barred in whole or in part because the copyright registration of the Clownfish painting is defective and/or invalid.

## Fourteenth Defense

The Plaintiff's claims are barred in whole or in part by Plaintiff's breach of her contractual obligations to arTees.

Fifteenth Defense

The Plaintiff's claims are barred in whole or in party by the doctrine of mutual mistake.

Sixteenth Defense

The Defendant gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery proceedings in this action, and hereby reserves the right to amend its Answer to the Complaint and to assert any such defenses by appropriate motion or as of right.

COUNTERCLAIMS AGAINST PLAINTIFF

FACTS

1.  Defendant and Plaintiff-in-counterclaims, arTees Island Designs, LLC (hereinafter "arTees" or "Defendant") is a Massachusetts Domestic Limited Liability Company with a principal place of business at 58A Plant Road, Hyannis, MA.

2.  At all times material hereto, arTees was in the business of custom screen printing and embroidery.

3.  Plaintiff and Defendant-in-counterclaims, Gayle McKennon (hereinafter "Plaintiff" or "Ms. McKennon"), is, on information and belief, an individual who resides at 64 Cedar Street, Hyannis, MA.

4.  Ms. McKennon is a professional artist who, according to her letterhead, works in "fine art, illustration, design, and calligraphy" and uses a business address of PO Box 1991, Hyannis, MA 02601.

5.  In or about 2001, Ms. McKennon and arTees discussed a business arrangement and agreed upon terms thereto, wherein:

    a.  Ms. McKennon agreed to accept commissions from arTees from time to time;

7

b.  Ms. McKennon and arTees agreed that a price for each commission would be negotiated at the time of each commissioning;

c.  Ms. McKennon agreed to prepare and present preliminary sketches of designs to arTees for each commission;

d.  Ms. McKennon agreed to work with arTees on the designs arTees required and commissioned;

e.  Ms. McKennon agreed to produce artwork to arTees' specifications;

f.  Ms. McKennon agreed to sell the original artwork to arTees upon completion;

g.  Ms. McKennon agreed to grant arTees a license to use the artwork in its business;

h.  The license to use the artwork was to be royalty-free;

i.  The license to use the artwork was not to be limited in time; and

j.  arTees agreed to pay Ms. McKennon the agreed-upon price for each piece of artwork it commissioned upon delivery of artwork meeting its specifications and requirements.

6.  A later and different agreement was reached relating to artwork for which arTees would purchase only the right to use a given image, would not purchase the original artwork, and would return the original following processing.  A lower price was agreed upon for transactions of this character, specifically, $100.

7.  Because Ms. McKennon was unable to tell arTees for whom she had painted pre-existing images she showed to arTees, or when, or who owned what rights to those pieces and images, arTees was reluctant to purchase rights to any images it did not specifically commission.

8.  In an attempt to reduce the likelihood that the Ms. McKennon would shop images commissioned by arTees to other consumers of artwork, arTees insisted on purchasing the

original artwork painted on commission for it by Ms. McKennon, along with the rights to use such artwork in its business.

9.   arTees provided ideas of what to paint to Ms. McKennon when commissioning her to produce designs and artwork for its business.

10.  arTees made Ms. McKennon well aware that its clients included museums and aquaria, and that such clients require their vendors to meet exacting standards for historical, factual, and contextual accuracy for the products these clients sell to their patrons.

11.  arTees specified creative elements for the artwork it commissioned from Ms. McKennon, including most details relating to the color and texture employed, the placement of objects within the piece (perspective), the color and texture of the background, the size and shape of the piece, the appearance and identity of specific flora and fauna, inter alia.

12.  arTees also provided Ms. McKennon with factual and other reference materials from the Internet and books relevant to the subject of a given commission.

13.  Ms. McKennon generated and presented preliminary sketches to arTees.

14.  arTees, through its artistic staff, reviewed and critiqued Ms. McKennon's sketches.

15.  Ms. McKennon would then make additional sketches, gradually adding color and texture, reviewing these later sketches and modifying them at arTees' direction.

16.  During this process, arTees discussed the sketches with its client (for custom-ordered designs) or internally (for arTees-inspired designs) to gather additional feedback.

17.  Ms. McKennon generated new versions of the design, as required, for further review and input from arTees.

18.  Once the iterative design process was complete and Ms. McKennon and arTees had agreed upon final changes to the sketches, Ms. McKennon painted the artwork arTees had ordered.

19.   The final artwork included the requirements and creative input of arTees.

20.   arTees further processed the final artwork in order to prepare it for use in its business.

21.   In several instances, Ms. McKennon presented final artwork that did not precisely meet the specifications of arTees, which forced arTees to expend additional resources to correct the images (as by changing colors, removing visible sketch lines, etc.) during processing.

22.   In or about June, 2002, arTees commissioned Ms. McKennon to design and paint the artwork entitled "Rhododendron."

23.   This commission was intended to satisfy a custom request for a specific customer, Heritage Museums & Gardens of Sandwich, MA.

24.   Between commissioning and delivery, Ms. McKennon and arTees conferred on the design details and arTees provided creative input and feedback to Ms. McKennon which were incorporated into the final design, specifically including but not limited to the color palette required to match with the intended pastel colors for the final garments.

25.   Following an iterative process, on July 23, 2002, Ms. McKennon delivered the Rhododendron painting to arTees.

26.   On July 23, 2002, arTees paid Ms. McKennon the agreed-upon $300 price for the Rhododendron painting, which payment purchased outright (1) the original painting, and (2) the perpetual, royalty-free license.

27.   On July 23, 2002, Ms. McKennon granted the license to arTees to use the Rhododendron design in its business.

28.   arTees commissioned Ms. McKennon to create the Rhododendron painting for arTees to use in its business; Ms. McKennon created the painting and delivered it to arTees; and Ms.

McKennon intended that arTees distribute the work in the course of its business, and without her further involvement.

29. In or about November, 2003, arTees commissioned Ms. McKennon to design and paint the artwork entitled "Clownfish."

30. This commission was an attempt to capitalize on the popularity imparted to clown fish by the successful film "Finding Nemo," and was prompted by multiple requests from the Defendant's sales staff that they have images of clown fish to sell to aquaria, inter alia.

31. arTees provided Ms. McKennon with images of clown fish, descriptions of the marine environment where clown fish reside, the desired colors and brightness for the fish, the number of fish desired in the image, the type of anemone they live among, and other fine details both factual and creative.

32. The Defendant's agents spoke with Ms. McKennon at length to reiterate the critical importance of nailing the fine details precisely in order to satisfy the exacting standards of arTees' clients, and provided additional details about clown fish environments.

33. Following an iterative process, on December 15, 2003, Ms. McKennon delivered the Clownfish painting to arTees.

34. On December 15, 2003, arTees paid Ms. McKennon the agreed-upon $300 price for the Clownfish painting, which payment purchased outright (1) the original painting, and (2) the perpetual, royalty free license.

35. On December 15, 2003, Ms. McKennon granted the license to arTees to use the Clownfish design in its business.

36. arTees commissioned Ms. McKennon to create the Clownfish painting for arTees to use in its business; Ms. McKennon created the painting and delivered it to arTees; and Ms.

McKennon intended that arTees distribute the work in the course of its business, and without her further involvement.

37.    On or about May 23, 2003, arTees purchased from Ms. McKennon the license to use Ms. McKennon's image entitled "Schooner Goblin at Vineyard Haven," also known as "Fading Sailboat."  (Hereinafter "Fading Sailboat.")

38.    The purchase of the license to the Fading Sailboat image without the purchase of the original artwork was the only instance when arTees paid Ms. McKennon for just the rights to use a piece and did not also buy the original artwork itself.

39.    The invoice for fading Sailboat is attached hereto as Exhibit 20, and includes:

    a.    an inaccurate date of 6/09/93;

    b.    an identification of arTees Island Designs as the customer for this sale;

    c.    a description of what Ms. McKennon sold to the Defendant: "FOR: Usage of art: "Schooner Goblin at Vineyard Haven", also known as "Fading Sailboat.";

    d.    notation that the price of $100 was paid in full; and

    e.    the Plaintiff's handwritten signature (first name, only).

40.    Following processing of the Fading Sailboats image for reproduction by arTees in its business, the original painting was returned to Ms. McKennon, as per the special agreement for this specific image.

41.    Between 2001 and June 21, 2004, arTees purchased approximately forty-two original commissioned paintings and various sketches from Ms. McKennon.

42.    Between 2001 and June 21, 2004, arTees purchased the right to use in its business the images from approximately forty-three paintings and various sketches made by the Plaintiff.

43. Between 2001 and June 21, 2004, arTees paid Ms. McKennon approximately $10,300 for the purchase of the original paintings and the purchase of the licenses.

44. Thirty-eight invoices from Ms. McKennon are attached as exhibits 1-38, each of which:

   a. is on Ms. McKennon's stationary;

   b. identifies arTees Island Designs as the customer;

   c. includes some description of what Ms. McKennon sold to arTees;

   d. includes the price paid; and

   e. includes Ms. McKennon's handwritten signature (first name only).

45. Only the invoice for the Fading Sailboats image (the single transaction where arTees purchased rights only and not the original artwork) refers to the item sold as "Usage of Art."

46. All other invoices identify the piece(s) of art sold to arTees.

47. Most contained further descriptive information of what Ms. McKennon sold.

48. The invoices collectively make out a course of dealing between the parties and inform the details of the 2001 oral agreement under which: Ms. McKennon agreed to accept commissions, prepare designs and paintings, provide the finished art to arTees, and license the designs to arTees for use in its business; and arTees agreed to make such commissions and to pay Ms. McKennon for the artwork and the licenses.

49. On June 21, 2004, Ms. McKennon delivered, and received a check in payment for, the last piece commissioned by arTees from Ms. McKennon.

50. Also on June 21, 2004, Ms. McKennon demanded the return of her original artwork, claiming that arTees was storing the originals for her and had bought the rights only and not the originals.

51.   On June 21, 2004, as in conversations with Ms. McKennon in the several days prior to that day, arTees explained that in only one instance, Fading Sailboats, did it purchase just the license to use the art and not the original; and explained that in each and every other transaction with Ms. McKennon, arTees purchased the original along with the license.

52.   As a result of arTees' refusal to accede to Ms. McKennon's demands for the return of the original artwork, Plaintiff's counsel wrote to arTees on December 23, 2004, purporting to rescind the license granted for each piece of artwork commissioned by, prepared for, and sold to the Defendant, and for each design licensed to the Defendant by the Plaintiff.

### COUNT I
### (Breach of the Covenant of Good Faith and Fair Dealing)

53.   The Defendant repeats the allegations contained in Paragraphs 1 through 52 as if they were expressly rewritten and set forth herein.

54.   Plaintiff owed a duty of good faith and fair dealing to the Defendant, and, by attempting to rescind the license grants for her artwork because she is now unhappy with having sold her original works, Plaintiff has breached its implied duty of good faith and fair dealing by preventing the Defendants from receiving the benefit of their contract and value for the good money paid to the Plaintiff, all to the damage of the Defendant.


Wherefore, the Defendant requests that the Court grant the following relief:

A.   Dismiss the Plaintiff's Complaint;

B.   Enter Judgment against the Plaintiff for breach of the covenant of good faith and fair dealing, and award damages to the Defendant in an amount to be determined by the Court;

C.   Enter Declaratory Judgment that the Defendant has purchased and is the owner of some forty-two pieces of original artwork and various sketches it commissioned the Plaintiff to prepare;

D.   Enter Declaratory Judgment that the perpetual, paid-up, royalty-free licenses granted by the Plaintiff to the Defendant for some forty-three pieces of original artwork and various sketches remain valid and in force;

E.   Enter Declaratory Judgment that nonexclusive, implied licenses with respect to each of the designs commissioned by the Defendant exist and remain valid and in force;

F.   Award attorney's fees and costs to the Defendant pursuant to 17 U.S.C. § 505; and

G.   Award the Defendant such additional relief as the Court shall deem just and proper;

<u>or, in the alternative</u>:

A.   Award the equitable remedy of rescission on the basis that:

    a.   No meeting of the minds was reached as to precisely what the Defendant was purchasing from the Plaintiff (originals plus rights vs. rights alone); or that

    b.   There was a failure of consideration from the Plaintiff, who claims that she did not sell the originals and also that she has the right to terminate at will the licenses she granted, rendering her consideration illusory; or

    c.   Such other rationale as the court shall deem just and proper.

B.   Dismiss the Plaintiff's complaint;

C.   Award attorney's fees and costs to the Defendant pursuant to 17 U.S.C. § 505 or upon other grounds; and

D.   Award the Defendant such additional relief as the Court shall deem just and proper.

<u>JURY DEMAND</u>

15

The Defendant requests a trial by jury.

Respectfully submitted on August 2, 2005 by          Attorney for arTees Island Designs, LLC


/S/ David W. Skinner
David W. Skinner, BBO # 654993
257 Blue Hills Parkway
Milton, MA 02186-1542
617-322-1607


CERTIFICATE OF SERVICE - I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff, Gayle McKennon, by electronic filing through the CM/ECF system of the US District Court for the District of Massachusetts on August 2, 2005.


/S/ David W. Skinner
David W. Skinner



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

<u>INVOICE</u>

2/17/01

TO:     Artees Island Designs, LLC
        584 Plant Road
        Hyannis, MA 02601

FOR:    Art services rendered: Two juvenile T-shirt designs,
        "Happy Face Flower" and "Happy Face Kite".

Two designs @ $100.          TOTAL: $200.

PAID IN FULL
Check #1035

THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

*Scripta @ netzero.net*

5/3/01

TO:     ArTees Island Designs
        58A Plant Road
        Hyannis, MA 02601

FOR:    Art services rendered, two watercolors (As per vocal
        agreement: for garment printing, and other related
        uses to be specified).

            Single rose for embroidery        300.

            "Climbing" rose for screenprint   600.

                    TOTAL DUE                  $900.

            THANKS!

            *gayle*

                                        $ 1118
                                        5/3/01



# GAYLE McKENNON

### FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

INVOICE                                    8/16/01

TO:    ArTees Island Designs
       58A Plant Road
       Hyannis, MA 02601

FOR:   Art services rendered: "Skiers" in gouache with overlay
       for garment printing and other related uses.

                              TOTAL DUE:    $300.

**PAID**

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

8/22/01

INVOICE

TO:     ArTees Island Designs
        58A Plant Road
        Hyannis, MA 02601

FOR:    Art services rendered: "Polar Bears" in acrylic for
        garment printing and other related uses.

TOTAL DUE:    $500.

THANKS!

*Gayle*

PAID



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

9/7/01

### INVOICE

TO:     ArTees Island Designs
        58A Plant Road
        Hyannis, MA 02601

FOR:    Art services rendered:  "Moose" in watercolors for
        garment printing and other related uses.

                        TOTAL DUE:   $300.

THANKS !

*Gayle*

**PAID**
CK. NO. 1258
DATE 9/7/01



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

9/18/01

INVOICE

TO:    ArTees Island Designs
       58A Plant Road
       Hyannis, MA 02601

FOR:   Art services rendered:  "Paper Doll Flag" in collage,
       for garment printing and other related uses.

TOTAL DUE:    $150.





THANKS!

Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

10/01/01

## INVOICE

TO:     ArTees Island Designs
        58A Plant Road
        Hyannis, MA 02601

FOR:    Art Services Rendered: Two "Herb" designs in gouache,
        "Lavender" and "Purple Sage" for embroidery and other
        related uses.

PAID IN FULL: $175.

**PAID**

CK. NO. 1278
DATE 10/01/01

THANKS!

Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

10/18/01

<u>INVOICE</u>

TO:    ArTees Island Designs
       58A Plant Road
       Hyannis, MA 02601

FOR:   Art services rendered: "Snowboarder" in mixed water
       media for garment printing and other related uses.

TOTAL DUE:  $500.



THANKS!

Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

10/23/01

INVOICE

TO:  ArTees Island Designs
58A Plant Road
Hyannis, MA 02601

FOR:  Art services rendered: "Poinsettia" in gouache for em-
broidery and other-related uses.



CK. No. 1306
DATE 10|23|01

BALANCE DUE:  $50.

THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

12/o5/01

INVOICE

TO:   ArTees Island Designs
      58A Plant Road
      Hyannis, MA 02601

FOR:  Art services rendered: "Pink Orchid", in gouache for
      embroidery and other related uses.

TOTAL DUE:   $60.

THANKS!

*Gayle*

**PAID**



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

1/11/02

## INVOICE

TO:    ArTees Island Designs
       58A Plant Road
       Hyannis, MA 02601

FOR:   Art services rendered:  "Bromeliad" logo for Hawaiian
       Sunshine Nursery embroidery.

                          TOTAL DUE:  $80.

                          PAID IN FULL 1/11/02

**PAID**                  THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

5/14/02

INVOICE

TO:   ArTees Island Designs
      58A Plant Rd.
      Hyannis, MA, 02601

FOR:  Art services rendered:  "Texas Bluebonnets", in water-
      color, for use on garments and other related applications.

TOTAL DUE:  $300.

THANKS!

*Gayle*

PAID



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

7/23/02

### INVOICE

TO:     arTees Island Designs
        58A Plant Rd. Hyannis
        MA 02601

FOR:    "Rhododendron", in watercolor; as per agreement, for
        use as silk-screened images an garments and other re-
        lated uses.



TOTAL DUE: $300.

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

7/23/02

### INVOICE

TO:     arTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    "Saddlebred Horses" in pencil, one color.  For
        Special order.

TOTAL DUE: $150.

PAID

THANKS!

Gayle



# GAYLE McKENNON

FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

8/14/02

INVOICE

**PAID**

CK. NO.

DATE

TO:     ArTees Island designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered: "Black Bear Cub" in color for use
        in embroidery.

TOTAL DUE: $175.

THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

9/19/02

INVOICE

TO:      arTees Island Designs
         58A Plant Rd.
         Hyannis, MA  02601


FOR:     Art services rendered: "the Mayflower" for Plimoth Plan-
         tation; in ink (one color).  Remake of old idea using
         all new artwork.


                              TOTAL DUE: $140.



                         THANKS!

                         gayle

FROM : GAYLE MCKENNON        FAX NO. : 508 775 9759        Feb. 21 2003 11:34AM P1

J    Gayle McKennon
508-775-9759    2/21/03

Current projects:

Plimoth

View of village: estimate $300. roughs @ ⅓ = $100    ✓ Provide Rough

"Salem" Juvenile est 120 rough @ ⅓ = 40    tracing

"Salem" Adult est 120 rough @ ⅓ = 40    tracing

Heritage: Misc. Roughs (incl. color :40) 40    X

Burgess                        no charge

Past accounts:

Wild flowers "collage" est $300 rough @ ⅓ = 100    ⌐

(will consider p40.)

prices subject to change based on
more or less work needed to
provide finished product.

$150.00
OK per GMcK
2/25/03
12:42



# GAYLE McKENNON

FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

3/26/03

## INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered:  "Lupines" in watercolor.
        For use on garments and other related materials.

TOTAL DUE:  $300.

THANKS!



# GAYLE McKENNON

FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

3/26/93

### INVOICE

TO:    ArTees Island Designs
       58A Plant Rd.
       Hyannis, MA 02601

FOR:   Art services rendered:  "Strawberries" in watercolor.
       For use on garments and other related material.

                         TOTAL DUE:  $300.


                    THANKS!
                    Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

6/09/93

<u>INVOICE</u>

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Usage of art: "Schooner Goblin at Vineyard haven",
        also known as "Fading Sailboat."

                            Recieved in Full: $100.

                THANKS!

                *gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

6/09/03

## INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered: "White Magnolia" in mixed
        water media.

TOTAL DUE: $300.

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

*scripta @ netzero.net*

7/14/93

### INVOICE

TO:      ArTees Designs
         58A Plant Rd.
         Hyannis, MA
         02601

FOR:     Art Services Rendered:   "Apple Tree Seasons" in
         watercolor.

                    TOTAL DUE:   $300.

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

scripta @ netzero.net

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

## INVOICE

9/15/93

TO:     ArTees Island Designs
58A Plant Rd.
Hyannis, MA 02601

FOR:     Art services rendered: "The Tiger", in full watercolor.
For use on screened garments and other related material.

PAID IN FULL:  $300.

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

*scripta @ netzero.net*

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

9/29/03

## INVOICE

TO:    ArTees Island Designs
       58A Plant Rd.
       Hyannis, MA
       02601

FOR:   Art services rendered:   "Timber Wolf"
       Rendered in full wtercolor.

TOTAL DUE: $300.00

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

scripta @ netzero.net

10/15/03

### INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered:  "Bald Eagle";  in full water-
        color.  For use on screened garments and other related
        material.

TOTAL DUE: $300.

THANKS AGAIN!

Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

scripta @ netzero.net

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

10/30/03

## INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered; (Contract pending) for full
        color work: "Mona Gorilla".

TOTAL DUE:  $300.

THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

scripta @ netzero.net

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

11/17/03

INVOICE

TO:     arTees Island Designs
        58A Plant Road
        Hyannis, MA 02601

FOR:    Art services rendered: "Loons"; in full watercolor.

TOTAL: $300.

RECEIVED IN FULL!
THANK YOU!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

*scripta @ netzero.net*

11/21/03

INVOICE

TO:    arTees Island Designs
       58A Plant Rd.
       Hyannis, MA. 02601


FOR:   arT services rendered:  "Loggerhead Turtle", in full
       watercolor.


TOTAL DUE: $500.


THANKS!

*gayle*



# GAYLE McKENNON

FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

*scripta @ netzero.net*

12/15/03

INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art Services Rendered as per oral contract:
        "Clownfish", in full watercolor.

PAID IN FULL:   $300.

THANKS!



# GAYLE McKENNON

FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

scripta @ netzero.net

12/23/03

### INVOICE

TO:     ArTees Island Designs
        28A Plant Rd.
        Hyannis, MA 92601

For:    "Humpback Whales", In full watercolor, for use on
        silkscreened garments and other related uses.

TOTAL DUE:    $300.

THANKS!

Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

2/9/04

INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    "Cherry Blossoms"; Art/Design services, full color, with
        separation for drop shadow.  All rights reserved beyond
        intended use, as per verbal agreement.

        TOTAL DUE:     $300.

        THANKS!

        Gayle



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

*scripta @ netzero.net*

2/17/04

### INVOICE

TO:    ArTees Island Designs
       58A Plant Rd.
       Hyannis, MA 02601

FOR:   Full color rendering: "Three Cane Hatteras Lighthouses."

Balance Due: $300.00

THANKS!

*Gayle*



# GAYLE McKENNON

FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY

scripta @ netzero.net

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

2/23/04

INVOICE

TO:     Arfees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered:    "Mt. Rushmore" in two colors.

TOTAL DUE:    $275.00

THANKS!

/ 92



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

scripta @ netzero.net

3/04/04

INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered:  "Cape Hatteras Lighthouse"
        in watercolor.

BALANCE DUE: $225.

THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

scripta @ netzero.net

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

3/04/04

INVOICE

TO:     ArTees Island Designs
        584 Plant Rd.
        Hyannis, MA 02601

FOR:    Art Services rendered:  "Grand Canyon" in full water-
        color.

TOTAL DUE: $300.

THANKS!



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

scripta @ netzero.net

4/3/04

INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Finished Art Provided:  "Half Dome with Bridge over the
        Merced River".  Full Watercolor.

TOTAL DUE:  $300.

THANKS!

*Gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

*scripta @ netzero.net*

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

5/17/04

## INVOICE

TO:     arTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art Services Rendered, pending contract: "Mother & Baby
        Dolphins". Sketch and full watercolor.

                    TOTAL DUE:        $300.

THANKS!

*gayle*



# GAYLE McKENNON

**FINE ART • ILLUSTRATION • DESIGN • CALLIGRAPHY**

*scripta @ netzero.net*

P.O. Box 1991
Hyannis, MA
0 2 6 0 1
508•775•9759

6/21/04

### INVOICE

TO:     ArTees Island Designs
        58A Plant Rd.
        Hyannis, MA 02601

FOR:    Art services rendered: "Manatees" in full watercolor;
        ~~For garment printing and other related uses. All rights~~
        ~~reserved~~ beyond intended use, as per verbal ~~agreement.~~

                        TOTAL DUE:     $300.

                        THANKS!