UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GAYLE MCKENNON,<br>              Plaintiff,<br><br>v.<br><br>ARTEES ISLAND DESIGNS, LLC,<br>              Defendant | )<br>)<br>)<br>)<br>)   Civil Action No.: 05-CV-11416<br>)<br>)<br>)<br>) |

DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)

The Defendant in the above captioned matter, arTees Island Designs, LLC is a privately held Massachusetts Domestic Limited Liability Company, with no parent corporation, and no public corporation holds 10% or more of the membership interest in arTees Island Designs, LLC.

August 2, 2005

                                  Attorney for arTees Island Designs, LLC.,

                                  /S/ David W. Skinner
                                  David W. Skinner, BBO # 654993
                                  257 Blue Hills Parkway
                                  Milton, MA 02186-1542
                                  (617) 322-1607

CERTIFICATE OF SERVICE - I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff, Gayle McKennon, by electronic filing through the CM/ECF system of the US District Court for the District of Massachusetts on August 2, 2005.

                                  /S/ David W. Skinner
                                  David W. Skinner