UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| GAYLE MCKENNON<br>　　　　　　　　Plaintiff,<br>v.<br>ARTEES ISLAND DESIGNS, LLC<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-CV-11416-RGS<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF GAYLE MCKENNON'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to the provisions of Local Rule 16.1(D)(3), Plaintiff Gayle McKennon and her counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**ROBINSON & COLE LLP**　　　　　　　　**GAYLE MCKENNON,**

/s/ Nancy M. Cremins　　　　　　．　　/s/ Gayle McKennon　　　　　．
Kathleen M. Porter (BBO# 632606)　　By:  Gayle McKennon
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: August 18, 2005

BOST1-865992-1