UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GAYLE MCKENNON**<br>        Plaintiff,<br>v.<br><br>**ARTEES ISLAND DESIGNS, LLC**<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-CV-11416-RGS<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT**
**PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the parties in the above action submit this Joint Statement for the approval of the Court.

I.     Statement Pursuant to Local Rule 16.1(B)

Counsel for the parties herein state that they have conferred pursuant to Rule 16.1(b) for the purpose of (1) preparing an agenda of matters to be discussed at the scheduling conference; (2) preparing a proposed pretrial schedule; and (3) considering whether they will consent to trial by magistrate judge.

II.     Statement Pursuant to Local Rule 16.1(C)

Plaintiff and Defendant are currently negotiating a settlement proposal but to date the parties have not yet been able to resolve this dispute. In the interim, arTees agrees to allow Ms. McKennon an extension to respond to its counterclaims as the parties continue to negotiate towards settlement.

BOST1-865886-1

III.   Joint Statement Pursuant to Local Rule 16.1(D)

    A.   Joint Discovery Plan

        1.   Initial Disclosures

The parties propose that initial disclosures be made on or before October 16, 2005.

        2.   Close of Discovery

The parties propose that all discovery be completed on or before April 14, 2006.

        3.   Expert Witnesses

The parties propose that expert witnesses, if any, be identified on or before May 31, 2006, and that rebuttal experts, if any, be identified on or before June 15, 2006. The parties further propose that expert depositions be completed on or before June 30, 2006.

    B.   Proposed Motion Schedule

The parties propose that motions for summary judgment and other dispositive motions be filed on or before August 31, 2006.

    C.   Proposed Pre-Trial Conference Date

The parties propose that the Court conduct a pre-trial conference in this matter on September 29, 2006, or as soon thereafter as the Court's calendar permits.

Respectfully submitted,

| | |
|---|---|
| **ARTEES ISLAND DESIGNS, LLC**<br>By its attorney, | **GAYLE MCKENNON**<br>By her attorneys, |
| /s/ David W. Skinner<br>David W. Skinner (BBO# 654993)<br>257 Blue Hills Parkway<br>Milton, MA 02186-1542<br>(617) 322-1607 | /s/ Nancy M. Cremins<br>Kathleen M. Porter (BBO# 632606)<br>John R. Bauer (BBO# 630742)<br>Nancy M. Cremins (BBO# 658932)<br>**ROBINSON & COLE LLP**<br>One Boston Place, 25th Floor<br>Boston, MA  02108-4404<br>(617) 557-5900 |

Dated: August 18, 2005