UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GAYLE MCKENNON** )<br>　　　　　　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　　　　　)<br>**ARTEES ISLAND DESIGNS, LLC** )<br>　　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | Civil Action No.: 05-CV-11416-RGS |

## JOINT MOTION FOR ENTRY OF ORDER

Gayle McKennon and arTees Island Designs, LLC hereby move that this Court deny Ms. McKennon's Motion for Preliminary Injunction without prejudice and in the alternative that the Court enter the Proposed Order, attached hereto as Exhibit A.  In support of this motion the parties state that they are engaged in discussions that may lead to settlement of this action and other disputes between the parties, and that this Order will facilitate that settlement.

Respectfully submitted,

**ARTEES ISLAND DESIGNS, LLC**
By its attorney,


 /s/ David W. Skinner
David W. Skinner (BBO# 654993)
257 Blue Hills Parkway
Milton, MA 02186-1542
(617) 322-1607

**GAYLE MCKENNON**
By her attorneys,


 /s/ Nancy M. Cremins
Kathleen M. Porter (BBO# 632606)
John R. Bauer (BBO# 630742)
Nancy M. Cremins (BBO# 658932)
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900


Dated: August 18, 2005

BOST1-865109-1

# EXHIBIT A

Case 1:05-cv-11416-RGS   Document 14-2   Filed 08/18/2005   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **GAYLE MCKENNON** )<br>　　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　)<br>**ARTEES ISLAND DESIGNS, LLC** )<br>　　　　　Defendant. )<br> ) | Civil Action No.: 05-CV-11416-RGS |

### ORDER ON PLAINTIFF'S MOTION FOR
### PRELIMINARY INJUNCTIVE RELIEF

AND NOW, this ___ day of August 2005, upon consideration of the Parties Joint Motion:

IT IS HEREBY CONSIDERED AND DECREED THAT Gayle McKennon's Motion for Preliminary Injunction be <u>Denied without Prejudice</u>. It is further ordered that the parties are bound by the following terms:

　　1.　　arTees Island Designs, LLC ("arTees") shall not make any garments incorporating designs prepared by Ms. McKennon, except as described in paragraph 4 below.

　　2.　　arTees shall not sell or offer for sale any garments incorporating designs prepared by Ms. McKennon, except as described in paragraph 4 below.

　　3.　　arTees may display on its web site the forty-plus designs prepared by Ms. McKennon for arTees, such display permitted for the sole purpose of exemplifying the capabilities of arTees and the artists with whom it works.

　　4.　　arTees may produce and sell garments bearing a McKennon design solely for sale to the client who initially commissioned that work from arTees.

5. All McKennon designs provided to arTees which were originally signed by Ms. McKennon will continue to include the artist's signature to indicate that Ms. McKennon was the artist who produced the design.

6. arTees shall store and maintain the McKennon originals as it does its other artwork, and shall not sell or otherwise dispose of any of the McKennon originals which it currently possesses, including the following:

| | | |
|---|---|---|
| Happy Face Flower | Kite | Single Rose |
| Climbing Rose | Skiers | Moose |
| Paper Doll Flag | Purple Sage | Poinsettia |
| Pink Orchid | Texas Blue Bonnets | Rhododendron |
| Black Bear Club | The Mayflower | Magnolia |
| Apple Tree Seasons | Timber Wolf | Grand Canyon |

SO ORDERED:

_____
Richard G. Stearns, U.S.D.J.