UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GAYLE MCKENNON**
    **Plaintiff,**
v.

**ARTEES ISLAND DESIGNS, LLC**
    **Defendant.**

Civil Action No.: 05-CV-11416-RGS

## ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

AND NOW, this ~~8~~ _6th_ day of ~~August~~ _September_ 2005, upon consideration of the Parties Joint Motion:

IT IS HEREBY CONSIDERED AND DECREED THAT Gayle McKennon's Motion for Preliminary Injunction be <u>Denied without Prejudice</u>. It is further ordered that the parties are bound by the following terms:

1. arTees Island Designs, LLC ("arTees") shall not make any garments incorporating designs prepared by Ms. McKennon, except as described in paragraph 4 below.

2. arTees shall not sell or offer for sale any garments incorporating designs prepared by Ms. McKennon, except as described in paragraph 4 below.

3. arTees may display on its web site the forty-plus designs prepared by Ms. McKennon for arTees, such display permitted for the sole purpose of exemplifying the capabilities of arTees and the artists with whom it works.

4. arTees may produce and sell garments bearing a McKennon design solely for sale to the client who initially commissioned that work from arTees.

5. All McKennon designs provided to arTees which were originally signed by Ms. McKennon will continue to include the artist's signature to indicate that Ms. McKennon was the artist who produced the design.

6. arTees shall store and maintain the McKennon originals as it does its other artwork, and shall not sell or otherwise dispose of any of the McKennon originals which it currently possesses, including the following:

| Happy Face Flower | Kite | Single Rose |
| --- | --- | --- |
| Climbing Rose | Skiers | Moose |
| Paper Doll Flag | Purple Sage | Poinsettia |
| Pink Orchid | Texas Blue Bonnets | Rhododendron |
| Black Bear Club | The Mayflower | Magnolia |
| Apple Tree Seasons | Timber Wolf | Grand Canyon |

SO ORDERED:

Richard G. Stearns, U.S.D.J.