UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GAYLE MCKENNON,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.: 05-CV-11416** |
| ) | |
| **ARTEES ISLAND DESIGNS, LLC,** ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT ARTEES ISLAND DESIGNS, LLC'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to the requirement of Local Rule 16.1(d)(3), the Defendant, arTees Island

Deisgns, LLC and its counsel hereby certify that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course--and

various alternative courses--of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution

programs such as those outlined in LR 16.4.

Respectfully submitted on February 24, 2006 by:

**Stephen H. Gayner, Member**               **David W. Skinner, Esq.**

/S/ Stephen H. Gayner, Member               /S/ David W. Skinner, Esq.
By: Stephen H. Gayner, Member               David W. Skinner, BBO # 654993
arTees Island Designs, LLC                  257 Blue Hills Parkway
                                            Milton, MA 02186-1542
                                            (617) 322-1607

CERTIFICATE OF SERVICE - I hereby certify that a true copy of the above document was served upon the
attorney of record for Plaintiff, Gayle McKennon, by electronic filing through the CM/ECF system of the US
District Court for the District of Massachusetts on February 24, 2006.

/S/ David W. Skinner, Esq.
David W. Skinner, Esq