UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GAYLE MC KENNON
    Plaintiff

        v.                      CIVIL ACTION NO. 05-11416-RGS

ARTEES ISLAND DESIGN
    Defendant

SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.                                                        MARCH 1, 2006

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                                      RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

                BY:

                          /s/ Mary H. Johnson
                          Deputy Clerk

DATED: 3-1-06