UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GAYLE MCKENNON<br>　　　　　　　　Plaintiff,<br>v.<br>ARTEES ISLAND DESIGNS, LLC<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No.: 05-CV-11416-RGS<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that said action, including all claims and counterclaims asserted therein, be dismissed with prejudice and without costs to any party, all parties hereby waiving all rights of appeal.

Respectfully submitted by,

Attorney for Plaintiff                    Attorney for Defendant

**/s/ John R. Bauer**                     **/s/ David W. Skinner**
Kathleen M. Porter (BBO# 632606)          David W. Skinner (BBO # 654993)
John R. Bauer (BBO# 630742)               257 Blue Hills Parkway
Nancy M. Cremins (BBO# 658932)            Milton, MA 02186-1542
ROBINSON & COLE LLP                       (617) 322-1607
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900

Dated: March 6, 2006

CERTIFICATE OF SERVICE - I hereby certify that a true copy of the above document was served upon the attorney of record for Plaintiff, Gayle McKennon, by electronic filing through the CM/ECF system of the US District Court for the District of Massachusetts on March 6, 2006.

　　　　　　　　　　　　　　　　　　　　　　　**/s/ David W. Skinner**
　　　　　　　　　　　　　　　　　　　　　　　David W. Skinner